MSS | Meister Seelig & Schuster

Alexander Malbin, Esq.
Counsel
arm@mss-pllc.com
Tel: (212) 655-3540

August 19, 2026

**LETTER-MOTION – FILED VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Sumfinidade Unipessoal LDA v. The Arena Group Holdings, Inc.***
**Civil Action No. 1:26-cv-05847-LGS**
**Letter-Motion for Extension of Time to Respond to Complaint & Adjournment of Initial Pretrial Conference**

Dear Judge Schofield,

We represent the Defendant, The Arena Group Holdings, Inc. ("Defendant"), in the above-referenced action. With the consent of counsel for the Plaintiff in this action, Sumfinidade Unipessoal LDA ("Plaintiff"), we write to respectfully request [i] an extension of time for Defendant to file its answer or response to Plaintiff's Complaint, which is currently due to be filed on or before September 1, 2026; and [ii] adjournment of the Initial Pretrial Conference in this action, which is currently scheduled to be held before Your Honor on September 1, 2026 (*see* Dkt. 8).

The basis for this request is to allow Defendant additional time to investigate the allegations in Plaintiff's Complaint and fully consider viable bases upon which to respond to the Complaint, and for the parties to consider and discuss whether a prompt resolution of this matter may be reached prior to any Court appearance and thus without having to make use of the Court's time and resources.

Defendant respectfully requests that its deadline to answer or respond to Plaintiff's Complaint be extended for thirty (30) days, setting its filing deadline as October 1, 2026.

With respect to adjournment of the Initial Pretrial Conference, counsel for both parties would be available on any of October 6, 13, 20, or 27, 2026, and so would respectfully propose that the Initial Pretrial Conference be adjourned to any of those dates, or to any such date otherwise as would be most convenient for the Court.

This is Defendant's first request for an extension of time to answer or respond to Plaintiff's Complaint, and the parties' first request for an adjournment of the Initial Pretrial Conference. Plaintiff, through counsel, has consented to this request. The parties have no appearance before the court currently scheduled other than the Initial Pretrial Conference that is the subject of this adjournment request.

Thank you for your time and consideration.

Very truly yours,

**MEISTER SEELIG & SCHUSTER PLLC**

By: ___________________________
Alexander Malbin, Esq.
*Counsel for Defendant*

Application **GRANTED IN PART**. Defendant's deadline to answer or otherwise respond to the Complaint is extended to **October 1, 2026**. The conference scheduled for September 1, 2026, is adjourned to **September 15, 2026, at 3:00 P.M.** The parties' deadline to submit the joint letter and the proposed civil case management plan is extended to **September 8, 2026**.

Dated: August 20, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE