UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

SUMFINIDADE UNIPESSOAL LDA,
Plaintiff,

-against-

THE ARENA GROUP HOLDINGS, INC.,
Defendant.

------------------------------------------------------------ X

26 Civ. 5847 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the September 15, 2026, initial pretrial conference is **CANCELLED**.

**ORDERED** that a case management plan and scheduling order will issue separately. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

**ORDERED** that, by **September 18, 2026**, the parties are directed to meet and confer and submit a joint proposed protective order regarding the treatment of confidential information, noting in the text of the proposed order any disputes or differing proposals as to a particular provision.

**ORDERED** that the parties shall file pre-motion letters for any motions for summary judgment after the conclusion of all discovery, except with leave of the Court.

**ORDERED**, regarding settlement discussions, that if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: September 4, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE